**Megan Eileen MUDD, Appellant,**

v.

**Paul Butler MUDD, Respondent.**

**No. WD 72195.**

Missouri Court of Appeals,
Western District.

Nov. 9, 2010.

William P. Nacy, Jefferson City, MO, for Appellant.

Sara C. Michael and Gaylin Rich Carver, Jefferson City, MO, for Respondent.

Before Division II: JAMES EDWARD WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

This case concerns the modification of a divorce decree. The issues are whether the circuit court erred in transferring custody of four children from the mother to the father, limiting the mother's visitation of the children, and ordering a setoff of the father's obligations against the mother's

---

obligations. We hold that it did not. Therefore, we affirm. Rule 84.16(b).